UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

In Re:

Robert Lynn Rogers  SSN: _____
Christal Gail Rogers
Debtors  Case No.  17-52424

## ORDER VACATING PAYROLL DEDUCTION ORDER

The Chapter 13 Trustee requests that the payroll deduction of plan payments for Robert Lynn Rogers in this case be stopped.  IT IS ORDERED:

The payroll deduction order previously entered in this case is hereby VACATED.  The employer, TOYOTA MANUFACTURING CO., is authorized to refund to the debtor any funds on hand as of the date of this order and to pay all future wages to the debtor.

cc:
Robert Lynn Rogers                      FRIEND, CRYSTAL D
Christal Gail Rogers                    Served Electronically Via ECF
84 Falls Creek
Georgetown, KY  40324

TOYOTA MANUFACTURING CO.
ATTN:  PAYROLL DEPARTMENT
1001 CHERRY BLOSSOM WAY
GEORGETOWN, KY 40324