United States Bankruptcy Court
Eastern District of Kentucky

In re:                                                               Case No. 17-52424-grs
Robert Lynn Rogers                                                   Chapter 13
Christal Gail Rogers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0643-5          User: beverlyp              Page 1 of 2              Date Rcvd: May 15, 2018
                              Form ID: nod                Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db/jdb         +Robert Lynn Rogers,    Christal Gail Rogers,    84 Falls Creek,    Georgetown, KY 40324-7009
cr             +Smith Realty Group,    c/o Richard M. Rawdon,    142 E. Main Street,    Georgetown, KY 40324-1758
6193560         ADAM THOMPSON DMD PLLC,    203 CHAMPION WAY, SUITE #6,    GEORGETOWN, KY 40324-8861
6193563         BAPTIST HEALTH,   PO BOX 950257,    LOUISVILLE, KY 40295-0257
6204252        +CASH EXPRESS, LLC,    345 SOUTH JEFFERSON AVENUE, SUITE 300,    COOKEVILLE, TN 38501-3456
6193565        +CBS COL LEX,   2541 SIR BARTON WA,    LEXINGTON, KY 40509-2292
6193566         CENTRAL EMERGENCY PHYSICIANS,    PO BOX 1827,   LEXINGTON, KY 40588-1827
6193567        +CENTRAL KENTUCKY MANAGEMENT SERVICES INC,    LOCKBOX 951336,    CLEVELAND, OH 44193-0011
6193568        +CENTRAL KENTUCKY RADIOLOGY,    PO BOX 70335,   LOUISVILLE, KY 40270-0335
6193569        +CLIENT SERVICES INC,    PO BOX 1503,   SAINT PETERS, MO 63376-0027
6193571        +CREDIT ACCEPTANCE,    PO BOX 513,   SOUTHFIELD, MI 48037-0513
6193612        +CREDIT ACCEPTANCE,    25505 W 12 MILE ROAD, SUITE 3000,    SOUTHFIELD MI 48034-8331
6228250        +CREDIT BUREAU SYSTEMS,    2541 SIR BARTON WAY,   LEXINGTON, KY 40509-2292
6193572        +CREDIT CLEARING HOUSE OF AMERICA,    PO BOX 1209,   LOUISVILLE, KY 40201-1209
6193575        +EAGLE FINANCIAL SERVICES,    FITZPATRICK'S FURNITURE,    1620 OLD PARIS RD STE 110,
                 LEXINGTON, KY 40505-2109
6221027        +FITZPATRICKS FURNITURE,    1620 OLD PARIS RD,   LEXINGTON KY 40505-2109
6193578         GEICO,   ONE GEICO PLAZA,    BETHESDA, MD 20810-0001
6210133         GEORGETOWN COMMUNITY EMERGENCY DEPT KY,    WAKEFIELD AND ASSOCIATES,    PO BOX 50250,
                 KNOXVILLE,TN 37950-0250
6193579         GEORGETOWN COMMUNITY HOSPITAL,    PO BOX 630957,   CINCINNATI, OH 45263-0957
6193580        +GEORGETOWN FAMILY PRACTICE,    PO BOX 1538,   GEORGETOWN, KY 40324-6538
6209536        +KENTUCKY DEPARTMENT OF REVENUE,    LEGAL SUPPORT BRANCH,    P O BOX 5222,
                 FRANKFORT KY 40602-5222
6193583        +KENTUCKY DEPARTMENT OF REVENUE,    LEGAL SUPPORT BRANCH - BANKRUPTCY,    PO BOX 5222,
                 FRANKFORT, KY 40602-5222
6208195        +KENTUCKY UTILITIES COMPANY,    820 W. BROADWAY,   LOUISVILLE, KY 40202-2218
6193584        +LVNV FUNDING LLC,    PO BOX 1269,   GREENVILLE, SC 29602-1269
6193586        +NPAS, INC,   PO BOX 99400,    LOUISVILLE, KY 40269-0400
6193590        +PRESTIGE FINANCIAL SVC,    351 W OPPORTUNITY WAY,    DRAPER, UT 84020-1399
6193592        +SAR & ASSOCIATES,    8201 PETERS RD, SUITE 1000,    PLANTATION, FL 33324-3266
6193594        +SOUTHEASTERN EMERGENCY PHYSICIANS,    PO BOX 740023,    CINCINNATI, OH 45274-0023
6225114         SOUTHEASTERN EMERGENCY PHYSICIANS, LLC,    PO BOX 1123,    MINNEAPOLIS MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
6193558        +E-mail/Text: bankruptcynotices@fifsg.com May 15 2018 23:42:52     1ST INVESTERS,
                 380 INTERSTATE NORTH PARKWAY SUTIE 300,    ATLANTA, GA 30339-2222
6193559         EDI: AAEO.COM May 16 2018 03:43:00      AARON SALES & LEASE,    1015 COBB PLACE BLVD NW,
                 KENNESAW, GA 30144
6193561        +EDI: ATLASACQU.COM May 16 2018 03:43:00      ATLAS ACQUISITIONS LLC,    294 UNION ST.,
                 HACKENSACK, NJ 07601-4303
6193562        +E-mail/Text: accounting@pain-ptc.com May 15 2018 23:43:29     BALLARD WRIGHT MD PSC,
                 ATTN: KATHLEEN,   280 PASADENA DR,    LEXINGTON KY 40503-2925
6193564         EDI: CAPITALONE.COM May 16 2018 03:43:00      CAPITAL ONE,   15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238
6193570        +E-mail/Text: melonie@reducear.com May 15 2018 23:43:23     COLLECTION BUR FT WALT,
                 711 EGLIN PKWY NE,    FORT WALTON BEACH, FL 32547-2527
6193573        +EDI: CREDPROT.COM May 16 2018 03:43:00      CREDIT PROTECTION ASSO,    13355 NOEL RD STE 2100,
                 DALLAS, TX 75240-6837
6193574         EDI: DIRECTV.COM May 16 2018 03:43:00      DIRECTV,   PO BOX 6414,    CAROL STREAM, IL 60197-6414
6193577         EDI: BLUESTEM May 16 2018 03:43:00      FINGERHUT,   CREDIT ACCOUNT SERVICES,    PO BOX 1250,
                 ST CLOUD, MN 56395-1250
6206220        +E-mail/Text: bankruptcynotices@fifsg.com May 15 2018 23:42:52
                 FIRST INVESTORS SERVICING CORPORATION,    380 INTERSTATE NORTH PARKWAY SUITE# 300,
                 ATLANTA, GA 30339-2222
6227397        +EDI: RESURGENT.COM May 16 2018 03:43:00      FRANKFORT REGIONAL MEDICAL CTR,
                 RESURGENT CAPITAL SERVICES,    PO BOX 1927,   GREENVILLE, SC 29602-1927
6226880        +EDI: RESURGENT.COM May 16 2018 03:43:00      GEORGETOWN COMMUNITY HOSPITAL,
                 RESURGENT CAPITAL SERVICES,    PO BOX 1927,   GREENVILLE, SC 29602-1927
6193581        +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM May 15 2018 23:43:35     GLA COLLECTION CO INC,
                 PO BOX 991199,   LOUISVILLE, KY 40269-1199
6193582         EDI: IRS.COM May 16 2018 03:43:00      INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATION,    PO BOX 7346,   PHILADELPHIA, PA 19101-7346
6227483         EDI: RESURGENT.COM May 16 2018 03:43:00      LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS,
                 ASSIGNEE OF BLUESTEM BRANDS, INC.,    RESURGENT CAPITAL SERVICES,    PO BOX 10587,
                 GREENVILLE, SC 29603-0587
6193585        +EDI: PARALONMEDCREDT May 16 2018 03:43:00      MEDICREDIT, INC,    PO BOX 1629,
                 MARYLAND HEIGHTS, MO 63043-0629
6193585        +E-mail/Text: rcpsbankruptcynotices@parallon.com May 15 2018 23:43:26     MEDICREDIT, INC,
                 PO BOX 1629,   MARYLAND HEIGHTS, MO 63043-0629
6223172        +EDI: MID8.COM May 16 2018 03:43:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011

```
District/off: 0643-5          User: beverlyp              Page 2 of 2                   Date Rcvd: May 15, 2018
                              Form ID: nod                Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
6193587       +EDI: PRA.COM May 16 2018 03:43:00      PORTFOLIO RECOV ASSOC,    120 CORPORATE BLVD STE 1,
               NORFOLK, VA 23502-4952
6193588        EDI: PRA.COM May 16 2018 03:43:00      PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 12914,
               NORFOLK, VA 23541
6204340        EDI: PRA.COM May 16 2018 03:43:00      PORTFOLIO RECOVERY ASSOCIATES, LLC,    POB 41067,
               NORFOLK VA 23541
6193589       +EDI: JEFFERSONCAP.COM May 16 2018 03:43:00      PREMIER BANKCARD, LLC,
               C O JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
6197874       +E-mail/Text: bankruptcy@gopfs.com May 15 2018 23:43:17      PRESTIGE FINANCIAL,    P.O. BOX 26707,
               SALT LAKE CITY, UT 84126-0707
6193591       +EDI: RESURGENT.COM May 16 2018 03:43:00      RESURGENT CAPITAL SERVICES,    PO BOX 1927,
               GREENVILLE, SC 29602-1927
6193593       +E-mail/Text: bankruptcy@senexco.com May 15 2018 23:42:42      SENEX SERVICES CORP,
               3333 FOUNDERS RD,    2ND FLOOR,    INDIANAPOLIS, IN 46268
6193595        E-mail/Text: epr@telecheck.com May 15 2018 23:43:37      TELECHECK,    PO BOX 60012,
               CITY OF INDUSTRY, CA 91716-0022
6209583        E-mail/Text: tidewaterlegalbn@twcs.com May 15 2018 23:42:46      TIDEWATER FINANCE COMPANY,
               P.O. BOX 13306,    CHESAPEAKE, VA  23325
6193596        E-mail/Text: tidewaterlegalbn@twcs.com May 15 2018 23:42:46      TIDEWATER MOTOR CREDIT,
               6520 INDIAN RIVER RD,    VIRGINIA BEACH, VA 23464
6193597        E-mail/Text: DL-ICOMSBankruptcy@charter.com May 15 2018 23:43:11      TIME WARNER CABLE,
               PO BOX 1060,    CAROL STREAM, IL 60132-1060
6223436        EDI: AIS.COM May 16 2018 03:43:00      VERIZON,    BY AMERICAN INFOSOURCE LP AS AGENT,
               PO BOX 248838,    OKLAHOMA CITY, OK  73124-8838
6193598       +E-mail/Text: ebankruptcy@woodforest.com May 15 2018 23:43:08      WOODFOREST NATIONAL BANK,
               PO BOX 7889,    THE WOODLANDS TX 77387-7889
                                                                                              TOTAL: 31

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6193576      ##+FEDERATED COLLECTION BUREAU,    2775 CRUSE ROAD STE 701,    LAWRENCEVILLE, GA 30044-7142
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:

```
              Beverly M. Burden    Notices@Ch13EDKY.com, downloads@ch13edky.com
              Crystal D Friend    on behalf of Debtor Robert Lynn Rogers crystal@friendlawfirm.com,
               noah@friendlawfirm.com
              Crystal D Friend    on behalf of Joint Debtor Christal Gail Rogers crystal@friendlawfirm.com,
               noah@friendlawfirm.com
              Richard M Rawdon, Jr    on behalf of Creditor   Smith Realty Group rrawdon@mindspring.com,
               rawdonparalegal@mindspring.com
              U.S. Trustee    ustpregion08.lx.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### Lexington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588−1111

In re  Robert Lynn Rogers
      Christal Gail Rogers
      84 Falls Creek
      Georgetown, KY 40324
      84 Falls Creek
      Georgetown, KY 40324

Case No. 17−52424−grs

Chapter: 13

aka/dba:

SSN/TID: xxx−xx−3782
         xxx−xx−0968

Debtor(s)

## NOTICE OF DISMISSAL

You are hereby notified that an order was entered on 05/15/2018, dismissing the above−captioned chapter 13 case.

DATED: May 15, 2018

By the court −

/s/ Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge

KYE_nod      68